```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16427
   MARSHALL BOYD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1162


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 12/12/2006 and was confirmed 03/09/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 12/13/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG         .00            .00            .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC     7025.00         304.29        1501.72
CAPITAL ONE AUTO FINANCE   UNSECURED          329.95            .00            .00
COOK COUNTY TREASURER      SECURED            742.52            .00         225.00
INTERNAL REVENUE SERVICE   PRIORITY          6115.81            .00            .00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED           .00            .00
MCI COMMUNICATIONS         UNSECURED        NOT FILED           .00            .00
CROSS COUNTRY BANK         UNSECURED        NOT FILED           .00            .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED           .00            .00
EVERGREEN EMERGENCY SERV   UNSECURED        NOT FILED           .00            .00
SBC AMERITECH              UNSECURED        NOT FILED           .00            .00
NCO FINANCIAL              UNSECURED        NOT FILED           .00            .00
WASHMT/PROV                UNSECURED        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         5169.76            .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE         .00            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          517.39            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         1531.85            .00            .00
ILLINOIS DEPT OF REV       PRIORITY          2526.55            .00            .00
ILLINOIS DEPT OF REV       UNSECURED          490.83            .00            .00
AMC MORTGAGE SERVICES      NOTICE ONLY      NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,833.00                      1,241.49
TOM VAUGHN                 TRUSTEE                                           227.50
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  3,500.00

PRIORITY                                          .00
SECURED                                       1,726.72

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16427 MARSHALL BOYD
```

```
     INTEREST                                                      304.29
UNSECURED                                                             .00
ADMINISTRATIVE                                                    1,241.49
TRUSTEE COMPENSATION                                                227.50
DEBTOR REFUND                                                         .00
                                        ----------------    ----------------
TOTALS                                          3,500.00            3,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
     Dated: 03/27/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```